# United States Navy-Marine Corps Court of Criminal Appeals

_____

**UNITED STATES**
Appellee

**v.**

**Timothy C. KLESEL**
Captain (O-3), U.S. Marine Corps
Appellant

**No. 201900011**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 17 April 2019.

Military Judge:
Lieutenant Colonel Michael D. Libretto, USMC.

Sentence adjudged 29 June 2018 by a general court-martial convened at Marine Corps Recruit Depot, Parris Island, South Carolina, consisting of a military judge sitting alone. Sentence approved by convening authority: confinement for 28 years,[1] and a dismissal.

For Appellant:
_Lieutenant Colonel Lee C. Kindlon, USMCR._

For Appellee:
_Brian K. Keller, Esq._

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

---

[1]The Convening Authority suspended confinement in excess of 8 years pursuant to a pretrial agreement.

Before HUTCHINSON, TANG, and KOVAC,
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court